THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent
 v.
 Michael Elayda, Appellant.
 
 
 

Appeal From Berkeley County
 Daniel  F.  Pieper, Circuit Court Judge
Unpublished Opinion No.  2010-UP-426
Submitted October 1, 2010  Filed October
 11, 2010
APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Scarlett Anne Wilson of Charleston, for Respondent.
 
 
 

PER CURIAM:    Michael
 Elayda appeals his voluntary manslaughter and armed robbery convictions,
 arguing the circuit court erred in denying his directed verdict motion on his
 murder charge and in charging voluntary manslaughter.    After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., HUFF
 and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.